UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable TIMOTHY A. BARNES       Hearing Date 8/10/17

Bankruptcy Case No. 17-07692      Adversary No. ____

Title of Case IN RE: TRAVIS HUDSON

Brief Statement of Motion: Confirmation

Names and Addresses of moving counsel: Steven J. Gaerhe/David Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Representing: Travis Hudson

## ORDER

It is hereby Ordered:

On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s).

6/11/99