NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Travis R. Hudson
71 W. 140th Street, Apt. 12B
Riverdale, IL 60827
SSN: xxx−xx−1324 EIN: N.A.

Case No. : 17−07692
Chapter : 13
Judge : Timothy A. Barnes

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Bridgecrest Credit Company LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Jefferson Capital Systems LLC of your claim in the above matter, designated Claim No. 5 in the amount of $18045.15.  If no objections are filed by you on or before May 25, 2018 the Court shall substitute Jefferson Capital Systems LLC in your place and stead as a claimant.  If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: May 7, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Travis R. Hudson  
    Debtor  

Case No. 17-07692-TAB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cpatterso     Page 1 of 1     Date Rcvd: May 07, 2018  
                  Form ID: ntcasclm     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.
```
db           +Travis R. Hudson,    71 W. 140th Street, Apt. 12B,    Riverdale, IL 60827-2244
25513681     +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Travis R. Hudson davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```
                                                                    TOTAL: 3