UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-07692 |
| Travis R Hudson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Dismissing Case For Material Default**

This matter coming before the Court on Trustee's Motion to Dismiss for Material Default, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 17, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300